```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
```

Benjamin J. Hill,

          Petitioner,

                                              Civ. No. 14-3337 (DSD/BRT)

v.

                                                **ORDER**

State of Minnesota,

          Respondent.

---

Benjamin J. Hill, OID #240626, 7525 4th Ave., Lino Lakes, MN 55014, *pro se* Petitioner.

Matthew Frank, Esq., and James B. Early, Esq., Minnesota Attorney General's Office; and Peter R. Marker, Esq., Ramsey County Attorney's Office, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 13, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Benjamin J. Hill's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**;

2. No certificate of appealability is granted; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: August 11, 2015

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court